GEORGE E. HYATT, as Receiver, etc., Respondent, *v.* WILLIAM
W. DUSENBURY et al., Appellants.

THIS was a motion to dismiss appeal from judgment. It
was granted on the ground that the defendants, who appealed,
had no interest in the matter in controversy, and so were not
aggrieved and could not appeal.   (Code Civ. Pro., § 1294.)

(Argued June 14, 1887; decided June 28, 1887.)

*A. Walker Otis* for motion.

*Moody B. Smith* opposed.

*Per Curiam mem.* for granting motion to dismiss appeal.
All concur.
Appeal dismissed.

---

MARY M. BAMPTON, Respondent, *v.* BROOKLYN CROSS-TOWN
RAILROAD COMPANY, Appellant.

(Argued June 16, 1887; decided July 1, 1887.)

*James C. Bergen* for appellant.

*William N. Cohen* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.